at any time before filing the motion and grounds for a new trial and it will therefore not be considered on appeal. Employers' Liability Assur. Corp. v. Stanley Deposit Bank, 149 Ky. 735, 149 S.W. 1025; Bean v. Bevins, Ky., 287 S.W.2d 627.

The record disclosing no error the judgment is affirmed.

BIRD, Judge.

This is an action for damages arising from an automobile collision. The jury found for the defendants and a judgment was entered accordingly. We find that only $650 is involved in this action. No motion for appeal was filed as required by KRS 21.080 and the appeal must therefore be dismissed. Hopwood v. Crowe, Ky., 259 S.W.2d 40.

We did, however, examine the record and found no reversible error.

Appeal dismissed.

**Jake STRONG, Appellant,**

v.

**Lee DENTON and Henderson County, Kentucky, Appellees.**

Court of Appeals of Kentucky.

March 22, 1957.

King & Craig, Henderson, for appellant.

William L. Sullivan, L. Allen Rhoads, Henderson, for appellees.

**Edmond MAJOR et al., Appellants,**

v.

**CHRISTIAN COUNTY LIVESTOCK MARKET, Inc., et al., Appellees.**

Court of Appeals of Kentucky.

March 22, 1957.

